# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### 2:08 CV 007

| | |
|---|---|
| THE COPPER CELLAR CORPORATION, | ) |
| Plaintiff | ) |
| V | ) **ORDER** |
| COPPER CELLAR, LLC, | ) |
| Defendant | ) |

**THIS MATTER** is before the court on Joseph P. McGuire's Application for Admission to Practice *Pro Hac Vice* of Mark S. Graham. It appearing that Mark S. Graham is a member in good standing with the Tennessee Bar and will be appearing with Joseph P. McGuire., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Joseph P. McGuire's Application for Admission to Practice *Pro Hac Vice* (#4) of Mark S. Graham is **GRANTED**, and that Mark S. Graham is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Joseph P. McGuire.

Signed: April 15, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge